IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

REGINA ZIRLOTT, as Personal Representative of the Estate of RICHARD MATTHEW ZIRLOTT, deceased; REGINA ZIRLOTT, in her individual capacity and REGINA ZIRLOTT, as dependent spouse of RICHARD MATTHEW ZIRLOTT,

    Plaintiff,

v.

DISCOUNTRAMPS.COM, LLC, HD RAMPS, LLC, a subsidiary of DiscountRamps.com, LLC; METALS USA PLATES AND SHAPES, INC., SOUTHERN GAS AND SUPPLY, INC.; CYPRESS EMPLOYMENT,

    Defendants.

CASE NO.: _____

## DECLARATION OF KEVIN KENNEDY

1. My name is Kevin Kennedy. I am over the age of 21 years and I have personal knowledge of the matters set out below.

2. I am the Vice President of Southern Gas and Supply, Inc. ("SGS"). SGS is an Alabama corporation with its headquarters in Theodore, Alabama. I have been employed by SGS since May 16, 2001. In my capacity as Vice President, I am familiar with the manner in which SGS operates its business. SGS is a wholesale distributor of industrial supplies, and has conducted that business since 2005.

3. On or about April 2, 2019, a Complaint was filed by Regina Zirlott, individually and as Personal Representative of the Estate of Richard Matthew Zirlott, in the

{B1129369.1}

**EXHIBIT A**

Circuit Court of Mobile County, Alabama. I have reviewed a copy of the Complaint, which names as Defendants Discountramps.com, LLC; HD Ramps, LLC; Metals USA Plates and Shapes, Inc.; Cypress Employment Services, LLC; and SGS. Paragraph 3 and several subsequent paragraphs of the Complaint identify the product at issue as a 60" "EZ Deck Step" Trailer Rub Rail Portable Ladder. According to the Complaint, an incident involving this ladder occurred at the premises of Metals USA on or around December 18, 2018. Paragraph 29 of the Complaint alleges that the ladder involved in the incident was shipped from DiscountRamps.com to SGS, and was sold by SGS to Metals USA. Paragraph 33 and several subsequent paragraphs of the Complaint allege that SGS "designed, manufactured, marketed, sold, distributed, retailed, supplied, or otherwise placed in the stream of commerce in Mobile County, Alabama, that certain 60" Trailer Rub Rail Portable Ladder at issue in this civil action."

4. The 60" "EZ Deck Step" Trailer Rub Rail Portable Ladder at issue in this case was received by SGS from DiscountRamps.com in a sealed package, and was resold to Metals USA still in the sealed package. SGS did not design, manufacture, inspect, or test the ladder that is the subject of the complaint in this case. Likewise, SGS did not alter or modify the ladder or its packaging in any way. SGS was a mere conduit of the ladder.

5. Prior to receiving notice of the accident giving rise to the Complaint, I am not aware of any similar claims being made against SGS, either by litigation or by demand letter, alleging defects with the ladder identified by Plaintiff and supplied to SGS by DiscountRamps.com.

6. On behalf of SGS, I further consent to the removal of the case filed by Regina Zirlott in the Mobile County Circuit Court to the United States District Court for the Southern District of Alabama.

7. I declare under penalty of perjury that the foregoing statements are true and correct.

Further affiant saith not.

Dated this 23rd day of April, 2019.

_____
Kevin Kennedy

STATE OF ALABAMA

COUNTY OF MOBILE

Sworn and Subscribed before me this 23 day of April, 2019.

_____
Notary Public

My Commission Expires: **My Commission Expires October 26, 2022**